

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Harutyun Vartanyan<br>DEFENDANT(S). | CASE NUMBER<br><br>2:11-CR-00187<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __March 15__, __2011__, at __1:00__ ☐a.m. / ☒p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__, 312 N. Spring St. LA, CA 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/11/11__                               _____
                                                 U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                    Page 1 of 1